**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re

Broit Builders, Inc. d/b/a Broit Lifting
aka Broit Lifting

CHAPTER 11
CASE NO. 2:23-bk-00762-FMD

Debtor(s)
_________________________________/

**MOTION FOR RELIEF FROM STAY FILED BY LAKE MICHIGAN CREDIT UNION REGARDING FUNDS ON DEPOSIT IN THE AMOUNT OF $32,059.51**

LAKE MICHIGAN CREDIT UNION ("Creditor"), pursuant to §§362(d)(1) and (2) of the Bankruptcy Code, hereby moves this Court for entry of an order granting relief from stay as to the bankruptcy estate and as to the Debtor, and states:

1. The Debtor's bankruptcy case was filed on July 10, 2023.

2. At the time that the Debtor filed the bankruptcy case, it was indebted to Creditor in the amount of $32,059.51 in regards to her usage of a VISA credit card account xxxx2564 ("Visa Account").

3. Said indebtedness is secured by funds on deposit with Creditor by the Debtor, to wit: FUNDS ON DEPOSIT IN DEBTOR'S ACCOUNT xxxx2564 IN THE AMOUNT OF $32,059.51 (The total balance in the account is $69,485.23, of which Creditor seeks to retain $32,059.51). Copies of the loan documents referencing the indebtedness and referencing the Funds on Deposit ("Funds on Deposit") are attached hereto as Exhibit "A".

4. Creditor is the owner and holder for value of the aforementioned indebtedness and holds a perfected lien on the Funds on Deposit by virtue of the attached loan documents, by consent of the Debtor and by possession of the funds on deposit.

5. Specifically, the Visa Commercial Credit Card Agreement provides as follows:

**Pledge Of Shares And Security Interest.**

**BY SIGNING AN APPLICATION, ACCEPTANCE OR AUTHORIZED USE OF ANY CREDIT CARDS, YOU GRANT AND PLEDGE A CONSENSUAL LIEN TO US ON ALL SHARES TO SECURE PAYMENT OF YOUR OBLIGATIONS ON THIS ACCOUNT. IN ADDITION, YOU ACKNOWLEDGE OUR STATUTORY LIEN RIGHTS UNDER THE FEDERAL CREDIT UNION ACT; YOU AGREE THAT SUCH A LIEN IS IMPRESSED AS OF THE DATE THAT THIS ACCOUNT IS OPENED; AND YOU AGREE THAT WE CAN APPLY THE SHARES PLEDGED AT THE TIME OF ANY DEFAULT ON THIS ACCOUNT WITHOUT FURTHER NOTICE. "Shares" for the purpose of your pledge to secure your obligations to the Credit Union means all deposits in any share savings, share draft, club, certificate, or other account(s) of the borrower or any guarantor, whether jointly or individually held -- regardless of contributions, that you have on deposit now or in the future.**

6. Creditor is owed the amounts referenced in the attached Statement plus any changes accruing subsequent to the date of the Satement.

7. The Debtor defaulted under the terms of the Contract with Creditor by failing to make all payments when due as specified in the attached Statement.

8. Creditor has placed a hold on the account to the extent of the total indebtedness due, pursuant to *In re Strumpf*, 516 U.S. 16 (1995), and has filed this motion seeing immediate authority to setoff the amount due it from the Debtor as against the Funds on Deposit.

9. The Debtor, and the estate, have made no offer of adequate protection to Creditor regarding Creditor's interest in the Funds On Deposit. Creditor, therefore, lacks adequate protection.

10. The Debtor, and the estate, lack equity in the Funds On Deposit.

11. The Funds On Deposit are not necessary to an effective reorganization.

12. Pursuant to the terms of the Contract between the parties, the Debtor is obligated to pay Creditor's reasonable attorneys' fees and court costs. Creditor has retained the undersigned attorneys and has agreed to pay them a reasonable fee for their services rendered in connection with this Motion.

13. Creditor asserts sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's

signature, as the Funds On Deposit are easily dissipated within the ten day period that would otherwise stay recovery of the Funds On Deposit. In addition Creditor prays that the Court suspend the Rule in all instances in which there is a Consent on the part of the Debtor.

14. In addition, Creditor has become aware of the entry of the First Interim Order (DE#33) on July 18, 2023, Granting Debtor's Emergency Motion for the Use of Cash Collateral filed on July 12, 2023 (DE#14). However, Creditor notes that the Emergency Motion only gave notice by mail to Creditor, and did not list Creditor as one of the creditors holding a security interest in the Funds On Deposit. Creditor asserts that Debtor's one-day notice by mail of the Emergency Motion on July 12, 2023 was insufficient to put Creditor on notice of the hearing held on July 13, 2023. Accordingly, Creditor has not been given due process notice of the Debtor's intent to use the cash collateral in which Creditor currently holds possession.

WHEREFORE, Creditor requests that the Court enter an order modifying or terminating the automatic stay as to the Debtor and to the estate to permit Creditor to enforce its in rem remedies as against the Funds On Deposit. In addition, Creditor requests that any relief afforded it provide for payment of Creditor's reasonable attorneys' fees and costs.

/s/ Nicole Mariani Noel

Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax: (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on July 18, 2023, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Broit Builders, Inc. d/b/a Broit Lifting aka Broit Lifting, 1588 Vizcaya Lane, Naples, FL 34113; Michael R Dal Lago 999 Vanderbilt Beach Road, Suite 200, Naples, FL 34108; Amy Denton Mayer 110 East Madison Street, Suite 200, Tampa, FL 33602; Office of the United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Benjamin E. Lambers Timberlake Annex,501 E. Polk Street, Suite 1200, Tampa, FL 33602 and all parties in interest on the attached matrix pursuant to Local Rule 1007-2 and, if applicable, F.R.B.P. 1007(d), 2002; and 4001(d).

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

2322953/mb