# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| *IN RE*: | : |
| | : |
| BROIT BUILDERS, INC. d/b/a BROIT LIFTING | : Case No.: 23-00762-FMD |
| | : (Chapter 11) |
| Debtor | : |

## CHANNEL PARTNERS CAPITAL, LLC'S PROOF OF SERVICE OF AGREED ORDER GRANTING CHANNEL'S MOTION FOR RELIEF FROM AUTOMATIC STAY

I hereby certify that a true and correct copy of the Agreed Order Granting Channel's Motion for Relief from Automatic Stay (Doc. 263) was furnished to the parties listed below in the manner indicated:

1. **Served via Notice of Electronic Filing (NEF):** The undersigned verifies that the foregoing document was served via NEF on December 1, 2023, to the following person(s) at the email address(es) noted herein:

    Michael R Dal Lago on behalf of Debtor Broit Builders, Inc. d/b/a Broit Lifting
    mike@dallagolaw.com; kim@dallagolaw.com; cmclaughlin@dallagolaw.com; cwise@dallagolaw.com

    Jennifer M Duffy on behalf of Debtor Broit Builders, Inc. d/b/a Broit Lifting
    jduffy@dallagolaw.com; kim@dallagolaw.com; cmclaughlin@dallagolaw.com; cwise@dallagolaw.com

    Christian G Haman on behalf of Debtor Broit Builders, Inc. d/b/a Broit Lifting
    chaman@dallagolaw.com; kim@dallagolaw.com; cmclaughlin@dallagolaw.com; cwise@dallagolaw.com

    Amy Denton Mayer
    Amayer.ecf@subvtrustee.com; amayer@subvtrustee.com; cadh11@trustesolutions.net

    Benjamin E. Lambers on behalf of U.S. Trustee United States Trustee – FTM
    Ben.E.Lambers@usdoj.gov

    Rule 1007-2(b) parties on the attached matrix designated to receive notice via CM/ECF.

2. **Served by U.S. Mail:** On December 5, 2023, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid:

    Broit Builders, Inc. d/b/a Broit Lifting
    1588 Vizcaya Lane
    Naples, FL 34113
    **Debtor**

    Rule 1007-2(b) parties in interest on the attached matrix not designated to receive notice via CM/ECF.

Dated: December 5, 2023

    Respectfully submitted,

    THE LAW OFFICES OF RONALD S. CANTER, LLC

    */s/ Ronald S. Canter*
    Ronald S. Canter
    Bar # 335045
    200A Monroe Street, Suite 104
    Rockville, Maryland 20850
    Telephone: (301) 424-7490
    Facsimile: (301) 424-7470
    rcanter@roncanterllc.com
    **Counsel for Creditor,**
    **Channel Partners Capital, LLC**

    400 S. Dixie Hwy #322
    Boca Raton, Florida 33432
    Local Address